## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-04906-PSH |
| | § | |
| ROBERT WITTEK JR | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF  TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/23/2010, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/26/2010                     By:   /s/ David P. Leibowitz

                                                      (Trustee)


David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-04906-PSH |
| | § | |
| ROBERT WITTEK JR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                    $2,675.34
*and approved disbursements of*                                         $0.00
*leaving a balance on hand of[1]:*                                       $2,675.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                     $0.00
Remaining balance:                     $2,675.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $668.84 | $0.00 | $668.84 |
| David P. Leibowitz, Trustee Expenses | $67.64 | $0.00 | $67.64 |

Total to be paid for chapter 7 administrative expenses:                     $736.48
Remaining balance:                     $1,938.86

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:                     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $1,938.86 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,938.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $80,177.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC/Assignee of American Exp | $16,671.13 | $0.00 | $403.15 |
| 2 | Rinella and Rinella Ltd | $16,224.15 | $0.00 | $392.33 |
| 3 | American Express Centurion Bank | $39,658.42 | $0.00 | $959.02 |
| 4 | American Express Centurion Bank | $6,562.72 | $0.00 | $158.70 |
| 5 | Commonwealth Edison Company | $522.81 | $0.00 | $12.64 |
| 6 | Capital Recovery IV LLC/Gecaf-ABT TV | $538.22 | $0.00 | $13.02 |

|  | Total to be paid to timely general unsecured claims: | $1,938.86 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: vbrown               Page 1 of 1            Date Rcvd: Oct 27, 2010
Case: 10-04906                    Form ID: pdf006           Total Noticed: 28
```

The following entities were noticed by first class mail on Oct 29, 2010.
```
db            +Robert Wittek, Jr,   2112 Birch Street,   Park Ridge, IL 60068-1776
aty           +Richard D. Grossman,   Richard D Grossman Law Offices,   225 West Wacker Drive,   20th Floor,
               Chicago, IL 60606-1224
tr            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
15077793       American Express,   Customer Service,   77 American Expressway,   Fort Lauderdale, FL  33337-0001
15768982       American Express Centurion Bank,   Becket and Lee LLP,   Attorneys/Agent for Creditor,   POB 3001,
               Malvern, PA 19355-0701
15077794      +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
15077795      +CACH LLC,   4340 S Monaco Street,   2nd Floor,   Denver, CO 80237-3408
15077796      +Citi,   Attn Centralized Bankruptcy,   P O Box 20507,   Kansas City, MO 64195-0507
15077798      +Debra DiMaggio Law Offices,   161 N Clark Street,   Suite 4700,   Chicago, IL 60601-3201
15077799      +Diversified Adjustment Service,   600 Coon Rapids Blvd,   Coon Rapids, MN 55433-5549
15077800       EMC Mortgage Corporation,   P O Box 293150,   Lewisville, TX  75029-3150
15077802       HSBC Card Services,   P O Box 81622,   Salinas, CA  93912-1622
15077803      +John D'Arco,   161 N Clark Street,   Suite 2600,   Chicago, IL 60601-3243
15077804       Levin and Associates,   One Prudential Plaza,   Suite 1200,   Chicago, IL  60601
15077805      +Macys/FDSB,   P O Box 8053,   Mason, OH 45040-8053
15077806      +Midland Credit Management,   8875 Aero Drive,   San Diego, CA 92123-2251
15077807      +Olita & Johnson PC,   1250 Executive Place,   Suite 201,   Geneva, IL 60134-3805
15077792      +Richard D. Grossman,   225 West Wacker Drive,   20th Floor,   Chicago, IL 60606-1224
15077808      +Rinella and Rinella Ltd,   One North LaSalle Street,   Suite 3400,   Chicago, IL 60602-4018
15077809      +Signature Bank,   6400 N Northwest Hwy,   Chicago, IL 60631-1877
15077810      +Torres Credit Services,   27 Fairview Street,   Suite 301,   Carlisle, PA 17015-3200
15077811      +Wittek Golf Supply Inc,   3865 Commercial Ave,   Northbrook, IL 60062-1826
```

The following entities were noticed by electronic transmission on Oct 27, 2010.
```
15559802      +E-mail/Text: bnc@atlasacq.com                          Atlas Acquisitions LLC,
               Assignee of American Exp Bk FSB,   294 Union St.,   Hackensack, NJ 07601-4303
15274168      +E-mail/Text: bnc@atlasacq.com                          Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
15873994       E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2010 03:07:39   Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15077797       E-mail/Text: legalcollections@comed.com                ComEd,   P O Box 6111,
               Carol Stream, IL  60197-6111
15867909      +E-mail/Text: legalcollections@comed.com                Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,   Attn:  Bankruptcy Section/Claims,
               Oakbrook Terrace, IL 60181-4204
15077801      +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2010 03:07:08   GE Money Bank,
               Attn Bankruptcy Dept,   P O Box 103104,   Roswell, GA 30076-9104
                                                                                            TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15775015*      American Express Centurion Bank,   Becket and Lee LLP,   Attorneys/Agent for Creditor,   POB 3001,
               Malvern, PA 19355-0701
15077791*     +Robert Wittek Jr,   2112 Birch Street,   Park Ridge, IL 60068-1776
                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 29, 2010**                              **Signature:**    _Joseph Speetjens_