UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-04906-PSH |
| | § | |
| ROBERT WITTEK JR | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $12,100.00 | Assets Exempt: | $6,550.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,003.48 | Claims Discharged Without Payment: | $614,237.76 |
| Total Expenses of Administration: | $672.08 | | |

3) Total gross receipts of $2,675.56 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,675.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $14,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $736.48 | $672.08 | $672.08 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $598,873.81 | $80,177.45 | $80,177.45 | $2,003.48 |
| **Total Disbursements** | $612,873.81 | $80,913.93 | $80,849.53 | $2,675.56 |

4). This case was originally filed under chapter 7 on 02/09/2010. The case was pending for 11 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2011   By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer - from Tax Return | 1124-000 | $2,675.00 |
| Interest Earned | 1270-000 | $0.56 |
| **TOTAL GROSS RECEIPTS** | | $2,675.56 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Signature Bank | 4110-000 | $14,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $14,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $668.84 | $668.84 | $668.84 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $67.64 | $3.24 | $3.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $736.48 | $672.08 | $672.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC/Assignee of American Exp | 7100-000 | NA | $16,671.13 | $16,671.13 | $416.58 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Rinella and Rinella Ltd | 7100-000 | $16,067.02 | $16,224.15 | $16,224.15 | $405.41 |
| 3 | American Express Centurion Bank | 7100-000 | $39,658.00 | $39,658.42 | $39,658.42 | $990.99 |
| 4 | American Express Centurion Bank | 7100-000 | $6,562.00 | $6,562.72 | $6,562.72 | $163.99 |
| 5 | Commonwealth Edison Company | 7100-000 | $523.00 | $522.81 | $522.81 | $13.06 |
| 6 | Capital Recovery IV LLC/Gecaf-ABT TV | 7100-000 | NA | $538.22 | $538.22 | $13.45 |
| | CACH LLC | 7100-000 | $16,671.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $35,000.00 | NA | NA | $0.00 |
| | Debra DiMaggio Law Offices | 7100-000 | $12,306.63 | NA | NA | $0.00 |
| | Diversified Adjustment Service | 7100-000 | $781.00 | NA | NA | $0.00 |
| | EMC Mortgage Corporation | 7100-000 | $99,219.69 | NA | NA | $0.00 |
| | EMC Mortgage Corporation | 7100-000 | $101,313.32 | NA | NA | $0.00 |
| | GE Money Bank | 7100-000 | $1,826.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $1,504.00 | NA | NA | $0.00 |
| | John D'Arco | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | Levin and Associates | 7100-000 | $19,426.15 | NA | NA | $0.00 |
| | Macys/FDSB | 7100-000 | $1,461.00 | NA | NA | $0.00 |
| | Olita & Johnson PC | 7100-000 | $6,555.00 | NA | NA | $0.00 |
| | Wittek Golf Supply Inc | 7100-000 | $190,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $598,873.81 | $80,177.45 | $80,177.45 | $2,003.48 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 10-04906-PSH | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | WITTEK JR, ROBERT | | **Date Filed (f) or Converted (c):** | 02/09/2010 (f) | |
| **For the Period Ending:** | 4/25/2011 | | **§341(a) Meeting Date:** | 03/24/2010 | |
| | | | **Claims Bar Date:** | 08/11/2010 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking Account no. 400101048 with Signature Bank, 6400 North Northwest Hwy, Chicago, IL 60639 Location: In debtor's possession | $150.00 | $0.00 | DA | $0.00 | FA |
| 2  Basic Wearing Apparel Location: In debtor's possession | $500.00 | $0.00 | DA | $0.00 | FA |
| 3  Term Life Insurance Policy required by marital settlement agreement, no cash value. Location: In debtor's possession | $0.00 | $0.00 | DA | $0.00 | FA |
| 4  2001 Jeep Grand Cherokee with 150,000 miles in fair condition (body damage, needs work). No outstanding liens on vehicle. Kelley | $2,050.00 | $0.00 | DA | $0.00 | FA |
| 5  BMW 745i with 130,000 miles in good condition. Outstanding balance on vehicle loan: $14,000.00; loan is in company name (company owned by debtor's parents). Kelley | $9,400.00 | $0.00 | DA | $0.00 | FA |
| 6  Preferential Transfer - from Tax Return | $0.00 | $3,350.00 | | $2,675.00 | FA |
| INT  Interest Earned           (u) | Unknown | Unknown | | $0.56 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $12,100.00 | $3,350.00 | | $2,675.56 | $0.00 |

**Major Activities affecting case closing:**
    Attorney to amend schedules
    Need copy of 09 tax return
    Debtor to repay estate for preferential transfer approx $7200

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/29/2010 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 10/29/2010 | DAVID LEIBOWITZ | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Page No: 1
Exhibit 9
Case 10-04906   Doc 26   Filed 04/25/11   Entered 04/25/11 10:32:53   Desc Main
Document   Page 6 of 9

| Case No.: | 10-04906-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WITTEK JR, ROBERT | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******8823 | Checking Acct #: | ******4906 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 2/9/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/25/2011 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2010 |  | Transfer From: #******4906 |  | 9999-000 | $2,675.56 |  | $2,675.56 |
| 12/01/2010 | 12000 | David P. Leibowitz | Trustee Expenses | 2200-000 |  | $67.64 | $2,607.92 |
| 12/01/2010 | 12000 | VOID: David P. Leibowitz |  | 2200-003 |  | ($67.64) | $2,675.56 |
| 12/01/2010 | 12001 | David P. Leibowitz | Trustee Compensation | 2100-000 |  | $668.84 | $2,006.72 |
| 12/01/2010 | 12001 | VOID: David P. Leibowitz |  | 2100-003 |  | ($668.84) | $2,675.56 |
| 12/01/2010 | 12002 | Atlas Acquisitions LLC/Assignee of American | Claim #: 1; Amount Claimed: 16,671.13; Amount Allowed: 16,671.13; Distribution Dividend: 2.42; | 7100-000 |  | $403.19 | $2,272.37 |
| 12/01/2010 | 12002 | VOID: Atlas Acquisitions LLC/Assignee of American |  | 7100-003 |  | ($403.19) | $2,675.56 |
| 12/01/2010 | 12003 | Rinella and Rinella Ltd | Claim #: 2; Amount Claimed: 16,224.15; Amount Allowed: 16,224.15; Distribution Dividend: 2.42; | 7100-000 |  | $392.38 | $2,283.18 |
| 12/01/2010 | 12003 | VOID: Rinella and Rinella Ltd |  | 7100-003 |  | ($392.38) | $2,675.56 |
| 12/01/2010 | 12004 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 39,658.42; Amount Allowed: 39,658.42; Distribution Dividend: 2.42; | 7100-000 |  | $959.13 | $1,716.43 |
| 12/01/2010 | 12004 | VOID: American Express Centurion Bank |  | 7100-003 |  | ($959.13) | $2,675.56 |
| 12/01/2010 | 12005 | American Express Centurion Bank | Claim #: 4; Amount Claimed: 6,562.72; Amount Allowed: 6,562.72; Distribution Dividend: 2.42; | 7100-000 |  | $158.72 | $2,516.84 |
| 12/01/2010 | 12005 | VOID: American Express Centurion Bank |  | 7100-003 |  | ($158.72) | $2,675.56 |
| 12/01/2010 | 12006 | Commonwealth Edison Company | Claim #: 5; Amount Claimed: 522.81; Amount Allowed: 522.81; Distribution Dividend: 2.42; | 7100-000 |  | $12.64 | $2,662.92 |
| 12/01/2010 | 12006 | VOID: Commonwealth Edison Company |  | 7100-003 |  | ($12.64) | $2,675.56 |
| 12/01/2010 | 12007 | Capital Recovery IV LLC/Gecaf-ABT TV | Claim #: 6; Amount Claimed: 538.22; Amount Allowed: 538.22; Distribution Dividend: 2.42; | 7100-000 |  | $13.02 | $2,662.54 |
| 12/01/2010 | 12007 | VOID: Capital Recovery IV LLC/Gecaf-ABT TV |  | 7100-003 |  | ($13.02) | $2,675.56 |
| 12/01/2010 | 12008 | David P. Leibowitz | Trustee Expenses | 2200-000 |  | $3.24 | $2,672.32 |
| 12/01/2010 | 12009 | David P. Leibowitz | Trustee Compensation | 2100-000 |  | $668.84 | $2,003.48 |
| 12/01/2010 | 12010 | Atlas Acquisitions LLC/Assignee of American | Claim #: 1; Amount Claimed: 16,671.13; Amount Allowed: 16,671.13; Distribution Dividend: 2.50; | 7100-000 |  | $416.58 | $1,586.90 |
| 12/01/2010 | 12011 | Rinella and Rinella Ltd | Claim #: 2; Amount Claimed: 16,224.15; Amount Allowed: 16,224.15; Distribution Dividend: 2.50; | 7100-000 |  | $405.41 | $1,181.49 |

**SUBTOTALS**     $2,675.56     $1,494.07

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-04906-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | WITTEK JR, ROBERT | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8823 | **Checking Acct #:** ******4906 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/01/2010 | 12012 | American Express Centurion Bank | Claim #: 3; Amount Claimed: 39,658.42; Amount Allowed: 39,658.42; Distribution Dividend: 2.50; | 7100-000 | | $990.99 | $190.50 |
| 12/01/2010 | 12013 | American Express Centurion Bank | Claim #: 4; Amount Claimed: 6,562.72; Amount Allowed: 6,562.72; Distribution Dividend: 2.50; | 7100-000 | | $163.99 | $26.51 |
| 12/01/2010 | 12014 | Commonwealth Edison Company | Claim #: 5; Amount Claimed: 522.81; Amount Allowed: 522.81; Distribution Dividend: 2.50; | 7100-000 | | $13.06 | $13.45 |
| 12/01/2010 | 12015 | Capital Recovery IV LLC/Gecaf-ABT TV | Claim #: 6; Amount Claimed: 538.22; Amount Allowed: 538.22; Distribution Dividend: 2.50; | 7100-000 | | $13.45 | $0.00 |
| | | | **TOTALS:** | | $2,675.56 | $2,675.56 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,675.56 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,675.56 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,675.56 | |

**For the period of 2/9/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,675.56 |
| | |
| Total Compensable Disbursements: | $2,675.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,675.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/30/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,675.56 |
| | |
| Total Compensable Disbursements: | $2,675.56 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,675.56 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-04906-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | WITTEK JR, ROBERT | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8823 | **Money Market Acct #:** ******4906 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2010 | (6) | Robert Wittek | Payment for Preferential Transfer | 1249-000 | $2,675.00 | | $2,675.00 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.01 | | $2,675.01 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.11 | | $2,675.12 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.11 | | $2,675.23 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.11 | | $2,675.34 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.11 | | $2,675.45 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.11 | | $2,675.56 |
| 12/01/2010 | | Transfer To: #******4906 | | 9999-000 | | $2,675.56 | $0.00 |
| | | | **TOTALS:** | | $2,675.56 | $2,675.56 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,675.56 | |
| | | | **Subtotal** | | $2,675.56 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,675.56 | $0.00 | |

**For the period of 2/9/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,675.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,675.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,675.56 |

**For the entire history of the account between 06/30/2010 to 4/25/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,675.56 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,675.56 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,675.56 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 10-04906-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | WITTEK JR, ROBERT | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8823 | **Money Market Acct #:** ******4906 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 2/9/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/25/2011 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $2,675.56 | $2,675.56 | $0.00 |

| For the period of 2/9/2010 to 4/25/2011 | | For the entire history of the case between 02/09/2010 to 4/25/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,675.56 | Total Compensable Receipts: | $2,675.56 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,675.56 | Total Comp/Non Comp Receipts: | $2,675.56 |
| Total Internal/Transfer Receipts: | $2,675.56 | Total Internal/Transfer Receipts: | $2,675.56 |
| | | | |
| Total Compensable Disbursements: | $2,675.56 | Total Compensable Disbursements: | $2,675.56 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,675.56 | Total Comp/Non Comp Disbursements: | $2,675.56 |
| Total Internal/Transfer Disbursements: | $2,675.56 | Total Internal/Transfer Disbursements: | $2,675.56 |